# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedman, Paul L. | U.S. District Court | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse, Rm. 6012 <br> 333 Constitution Ave. N.W. <br> Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓▓▓ | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 19 A 10: 26 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ▓▓▓▓▓▓ |
| 2. | |
| 3. | |

Freidman_Paul_L

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ███████ | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SEE PART VIII - ASSET ORDER SLIGHTLY CHANGED | | | | | | | | | |
| 2. | LISTED INVESTMENT FUNDS: | | | | | | | | | |
| 3. | BROKERAGE ACCOUNT | | | | | | | | | |
| 4. | -Gabelli Small Cap Fund | C | Dividend | K | T | | | | | |
| 5. | -Mutual Beacon Fund | A | Dividend | | | Sold | 10/07 | K | | |
| 6. | -Longleaf Partners Fund | B | Dividend | | | Sold | 11/20 | K | | |
| 7. | | | | | | Sold (part) | 10/07 | J | | |
| 8. | -Cohen & Steers Realty | B | Dividend | | | Sold | 10/28 | K | | |
| 9. | -Dodge & Cox Balanced Fund | B | Dividend | | | Sold | 10/28 | J | | |
| 10. | | | | | | Sold (part) | 10/07 | J | A | |
| 11. | -Gabelli Asset Fund | A | Dividend | K | T | | | | | |
| 12. | -Torray | B | Dividend | | | Sold | 07/15 | K | A | |
| 13. | -Nuveen Muni Value | A | Dividend | | | Sold | 10/07 | K | A | |
| 14. | | | | | | Sold (part) | 01/11 | J | B | |
| 15. | -Third Avenue Value | A | Dividend | K | T | Sold (part) | 10/07 | J | | |
| 16. | -Harbor International | B | Dividend | L | T | | | | | |
| 17. | -Oppenheimer Capital Appreciation | | | | | Sold | 11/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCo Commodity Real Return Instl | B | Dividend | | | Sold | 10/07 | K | | |
| 19. -Vanguard Long Term Tax Exempt Fund | C | Dividend | | | Sold | 11/20 | L | | |
| 20. | | | | | Sold (part) | 10/07 | K | | |
| 21. iShares Russell 2000 Index Fund | A | Dividend | | | Sold | 11/24 | K | | |
| 22. Columbia Value & Restructuring Fund | A | Dividend | | | Sold | 11/20 | J | | |
| 23. | | | | | Buy | 07/15 | K | | |
| 24. Fidelity Spartan Tax Free Bond Fund | A | Dividend | K | T | Buy | 11/20 | K | | |
| 25. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 26. iShares Cohen & Steers Realty Majors Index Fd | A | Dividend | K | T | Buy | 11/24 | K | | |
| 27. iShares Russell 1000 Growth Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 28. iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 29. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | Buy | 11/24 | K | | |
| 30. IRA ACCOUNT #1 | G | Dividend | P1 | T | | | | | |
| 31. -T. Rowe Price Equity Income | | | | | | | | | |
| 32. -American Beacon Int'l Equity Fd | | | | | | | | | |
| 33. -Longleaf Partners | | | | | | | | | |
| 34. -Longleaf Partners Small Cap Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -PIMCo Real Return | | | | | Sold (part) | 10/29 | M | | |
| 36. | | | | | Sold (part) | 01/14 | K | D | |
| 37.  -Schwab Money Market Fd | | | | | | | | | |
| 38.  -Morgan Stanley US RE | | | | | | | | | |
| 39.  -Harbor Capital Appreciation Instl | | | | | | | | | |
| 40.  -American Funds EuroPacific Growth Fd. F | | | | | | | | | |
| 41.  -T. Rowe Price Mid Cap Growth | | | | | Buy (add'l) | 01/14 | K | | |
| 42.  -Third Avenue Value | | | | | | | | | |
| 43.  -Davis NY Venture A | | | | | | | | | |
| 44.  -Dodge & Cox Stock | | | | | | | | | |
| 45.  -American Funds Growth Fund of America F | | | | | | | | | |
| 46.  -PIMCo Low Duration | | | | | | | | | |
| 47.  -PIMCo Total Return | | | | | Buy (add'l) | 01/14 | K | | |
| 48.  -American Beacon Small Cap Value Inst | | | | | | | | | |
| 49.  -Managers Special Equity Instl | | | | | Sold | 01/14 | L | | |
| 50.  -First Eagle Global | | | | | | | | | |
| 51.  -Harbor International | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Loomis Sayles Investment Gr Bond Fd | | | | — | Buy | 12/11 | L | | |
| 53. | | | | | Sold | 10/15 | M | | |
| 54. -T. Rowe Price Growth Stock Fd | | | | | Sold | 07/15 | L | | |
| 55. -US Treasury STRIP 0% 11/15/14 | | | | | | | | | |
| 56. IRA ACCOUNT #2 | E | Dividend | N | T | | | | | |
| 57. -T. Rowe Price Equity Income | | | | | Sold | 07/15 | L | | |
| 58. -American Century Target 2020 | | | | | | | | | |
| 59. -American Beacon Int'l Equity Fd | | | | | | | | | |
| 60. -Longleaf Partners Fund | | | | | | | | | |
| 61. -Managers Special Equity Fd | | | | | Sold | 01/14 | K | | |
| 62. -PIMCo Real Return | | | | | | | | | |
| 63. -Schwab Money Market Fund | | | | | | | | | |
| 64. -Morgan Stanley US RE | | | | | | | | | |
| 65. -Harbor Capital Appreciation Instl | | | | | | | | | |
| 66. -T. Rowe Price Mid Cap Growth Fd | | | | | Buy (add'l) | 01/14 | K | | |
| 67. -American Beacon Small Cap Value Instl | | | | | Sold | 01/14 | K | | |
| 68. -PIMCo Commodity Real Return Insl | | | | | Sold | 10/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -First Eagle Global | | | | | Sold | 10/14 | K | D | |
| 70. -PIMCo Low Duration Instl | | | | | | | | | |
| 71. -PIMCo Total Return | | | | | Buy | 11/20 | L | | |
| 72. -Dodge & Cox International Stock Fd | | | | | | | | | |
| 73. -Loomis Sayles Investment Gr Bond Fd | | | | | Sold | 10/15 | K | | |
| 74. -Loomis Sayles Bond Fd | | | | | Sold | 10/07 | L | | |
| 75. -T. Rowe Price Growth Stock Fd | | | | | Buy | 06/07 | L | | |
| 76. -US Treasury STRIP 0% 11/15/18 | | | | | | | | | |
| 77. -Gabelli Small Cap Growth Fund | | | | | Buy | 01/14 | K | | |
| 78. -American Funds EuroPacific Growth Fd | | | | | Buy | 01/14 | K | | |
| 79. -Columbia Value & Restructuring Fund | | | | | Buy | 07/15 | L | | |
| 80. IRA ACCOUNT #3 | C | Dividend | L | T | | | | | |
| 81. -First Eagle Global | | | | | Buy | 01/14 | J | | |
| 82. IRA ACCOUNT #4 | C | Dividend | L | T | | | | | |
| 83. -First Eagle Global | | | | | Buy | 01/14 | J | | |
| 84. MONEY MARKET ACCOUNTS: | | | | | | | | | |
| 85. T. Rowe Price Tax Exempt Fd | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab US Treasury Money Fd | A | Dividend | M | T | | | | | |
| 87. TAX EXEMPT FUNDS - BROKERAGE ACCOUNT | | | | | | | | | |
| 88. Will County 5.25% | C | Interest | L | T | | | | | |
| 89. DeKalb GO 0% | | None | K | T | | | | | |
| 90. Southern IL Univ 0% | | None | K | T | | | | | |
| 91. Mass GO 5.5% | C | Interest | K | T | Sold (part) | 09/24 | K | | |
| 92. New York Thrwy 5.25% | B | Interest | K | T | | | | | |
| 93. STOCK WARRANTS: | | | | | | | | | |
| 94. ▇▇▇▇▇ | A | Dividend | J | T | | | | | See Part VIII |
| 95. INVESTMENT PARTNERSHIPS: | | | | | | | | | |
| 96. ▇▇▇▇▇▇▇ | A | Interest | K | W | | | | | See Part VIII |
| 97. ▇▇▇▇▇▇ | A | Rent | J | W | | | | | See Part VIII |
| 98. ▇▇▇▇▇▇ | A | Rent | J | W | | | | | See Part VIII |
| 99. LIFE INSURANCE | | | | | | | | | |
| 100. Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | L | T | | | | | See Part VIII |
| 101. Mass Mutual Life Ins Co | B | Dividend | K | W | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

EXPLANATORY COMMENTS for PART VII (by Line Item Number):

1) The order in which assets are listed for calendar year 2008 has changed slightly from the order listed in the 2007 report. Nuveen Prem Inc Fd 4, American Century Target 2015 and PIMCo Comm Mtg Sec Tr were deleted from the list, because they were completely sold in 2007 (as indicated in the 2007 Financial Disclosure Report). Schwab Muni Money Fund and Zond Wind Systems were deleted from the list because they were completely sold in 2006 (as indicated in the 2007 Financial Disclosure Report). Other than the aforementioned changes, the order is close to that of the 2007 report as all new investment funds for 2008 are listed at the bottom of the appropriate account.

94) ▉▉▉▉▉▉ stock warrants. Four Contingent Payment Rights issued to former limited partners of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in 1993. ▉▉▉▉ ▉▉▉▉ distributed ordinary dividend of $555 in 2008.

96) Was allocated interest income of $54, capital gain of $489 and Other Deductions of $135.

97) Was allocated ordinary loss of $288 from rental real estate activities, interest income of $4, and a depreciation adjustment of $14.

98) Was allocated ordinary loss of $288 from rental real estate activities, interest income of $3 and a depreciation adjustment of $15.

100) Universal Life Policy taken out on 08/18/05 as a result of a Section 1035 Exchange from two existing Whole Life Policies issued by same insurance company. Person Reporting is Insured and Owner; ▉▉▉▉ is Beneficiary. No underlying investment options. The gain on the policy for 2008 was $3,251.08 and was not currently taxable.

101) Group Flexible Premium Adjustable Life Insurance Policy issued by former employer in 1993. Person Reporting is Insured and Owner. ▉▉▉▉ is Beneficiary.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                    5/15/09



FRIEDMAN, PAUL L. 5/15/09



FRIEDMAN, PAUL L. 5/15/09



